824

No. 72–1534. D. S. BROWN CO. ET AL. *v.* ACME HIGHWAY PRODUCTS CORP. C. A. 6th Cir. Certiorari denied.

No. 72–1537. KERSHAW *v.* BROOKS ET AL.;

No. 72–1650. CONCERNED PARENTS ASSN. ET AL. *v.* BROOKS ET AL.; and

No. 73–82. CARDEN *v.* BROOKS ET AL. C. A. 6th Cir. Certiorari denied.

No. 72–1538. BANK OF CAMILLA *v.* COLUMBIAN PEANUT CO. C. A. 5th Cir. Certiorari denied.

No. 72–1539. HOPE ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE; and

No. 72–1651. COMMISSIONER OF INTERNAL REVENUE *v.* HOPE ET UX. C. A. 3rd Cir. Certiorari denied. Reported below: 471 F. 2d 738.

No. 72–1541. SCHOOL DISTRICT OF THE CITY OF FERNDALE, MICHIGAN *v.* DEPARTMENT OF HEALTH, EDUCATION, AND WELFARE. C. A. 6th Cir. Certiorari denied.

No. 72–1542. HARDY, ACTING WARDEN *v.* VUITCH. C. A. 4th Cir. Certiorari denied.

No. 72–1544. H. L. H. ENTERPRISES, INC., ET AL. *v.* McGREGOR ET AL. C. A. 5th Cir. Certiorari denied.

No. 72–1545. BARRETT *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 72–1547. MOHAN ET AL. *v.* KERR. C. A. 7th Cir. Certiorari denied.